IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PAUL TIMOTHY NEWELL,

    Plaintiff,

v.                                                    CASE NO. 1:14-cv-136-MP-GRJ

MICHAEL CREWS, et al.,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

The Court ordered Plaintiff to file an amended complaint and either pay the $350 filing fee or file an amended motion for leave to proceed as a pauper on or before August 4, 2014.  Doc. 6.  Plaintiff then asked for two extensions of time to comply, until December 5, 2014.  Docs. 8, 10.  However, at the expiration of that deadline Plaintiff Plaintiff failed to submit his amended complaint and motion for leave to proceed as a pauper.  The Court ordered Plaintiff to show cause on or before January 9, 2015, as to why this case should not be dismissed for failure to prosecute and failure to comply with an order of the Court.  As of the date of this Report and Recommendation, Plaintiff has failed to respond to the show cause order.

A district court has the inherent authority to manage its own docket "to achieve the orderly and expeditious disposition of cases."  *Chambers v. NASCO, Inc.*, 501 U.S. 32, 42 (1991).  The Court may dismiss a claim if the plaintiff fails to prosecute it or comply with a court order.  Fed. R. Civ. P. 41(b).  "The power to invoke this sanction is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Court."  *Durham v. Fla. East Coast Ry.*

*Co.*, 385 F.2d 366, 367 (5th Cir. 1967).  Since the filing of his complaint, Plaintiff has taken no further steps to advance his case.  He failed to submit his amended complaint or an amended motion to proceed *in forma pauperis* or pay the filing fee by the directed date, and when given an opportunity to explain this failure he neglected to respond.

Accordingly, it is respectfully **RECOMMENDED** that this case should be dismissed for failure to prosecute and failure to comply with an order of the Court, all pending motions be terminated and the case closed.

**IN CHAMBERS** this 13th day of January 2015

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

*Case No: 1:14-cv-136-MP -GRJ*